# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| **IN RE:  AVANDIA MARKETING, SALES** | : | **MDL No. 1871** |
| **PRACTICES AND PRODUCTS LIABILITY** | : | **07-md-01871** |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **THIS DOCUMENT APPLIES TO:** | : | |
| | : | |
| **Collier v. GlaxoSmithKline** | : | **11-480** |
| **Ezell v. GlaxoSmithKline** | : | **11-482** |
| | : | |

**AND NOW**, this 17th day of June 2016, upon consideration of ATG's Motion for Indemnification from Michael Greer and Greer, Russell, Dent, & Leathers PLLC (Case No. 11-480, Doc. No. 32; Case No. 11-482, Doc. No. 30), and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is so **ORDERED**.

**BY THE COURT:**

**CYNTHIA M. RUFE, J.**